UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ25-5391 |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| FELIPE ARREOLA-CABRERA, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charges with reentry of a removed alien. The Court finds he should be detained because he poses a serious risk to flee. Although he has lived in the district for many years, he has amassed numerous arrests and numerous warrants for his arrest. He has been able to avoid warrants as he has an active warrant that has been outstanding for over ten years. The complaint also alleges defendant was arrested this year by local police for failure to appear or surrender.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1)      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)      Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)      On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)      The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 29th day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2